James A. Bloom
Todd M. Schneider
SCHNEIDER WALLCE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
E-Mail: jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

Paul M. Secunda*
* Admitted P*ro Hac Vice*
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONAN NADO individually, and as a representative of a Class of Participants and Beneficiaries of the John Muir Health 403(b) Plan,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN MUIR HEALTH, and BOARD OF DIRECTORS OF JOHN MUIR HEALTH,<br><br>        Defendants. | Case No: 3:24-cv-01632-AMO<br><br>**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: March 6, 2025<br>Time: 2:00 PM<br>Location: Courtroom 10, 19th Floor<br>Hon. Araceli Martínez-Olguín<br>Action Filed:  March 15, 2024 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's Order of October 24, 2024 (ECF No. 43), Plaintiff Conan Nado ("Plaintiff") respectfully moves the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Settlement Notice and authorize distribution of the Notice to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes; (4) schedule a final approval hearing; and (5) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit 1**), the Declaration of Conan Nado, the Declaration of Richard Simmons and exhibits attached thereto, and all files, records, and proceedings in this matter.  Defendants do not oppose the relief requested by Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

Dated this 15th day of November, 2024

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda*
*admitted pro hac vice*
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

James A. Bloom
Todd M. Schneider
SCHNEIDER WALLCE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
E-Mail: jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  November 15, 2024

*/s/ Paul M. Secunda*
Paul M. Secunda