1 | James A. Bloom
2 | Todd M. Schneider
    SCHNEIDER WALLCE
3 | COTTRELL KIM LLP
    2000 Powell Street, Suite 1400
4 | Emeryville, CA 94608
    Telephone: (415) 421-7100
5 | Fax: (415) 421-7105
    E-Mail: jbloom@schneiderwallace.com
6 | tschneider@schneiderwallace.com

7 | Paul M. Secunda*
    * admitted P*ro Hac Vice*
8 | WALCHESKE & LUZI, LLC
    235 N. Executive Dr., Suite 240
9 | Brookfield, Wisconsin 53005
    Telephone: (262) 780-1953
10 | Fax: (262) 565-6469
    E-Mail: psecunda@walcheskeluzi.com

11 | Counsel for Plaintiff and Proposed Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONAN NADO individually, and as a representative of a Class of Participants and Beneficiaries of the John Muir Health 403(b) Plan, | Case No: 3:24-cv-01632-AMO |
| Plaintiff, | **MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | Hearing Date: December 11, 2025 |
| JOHN MUIR HEALTH, and BOARD OF DIRECTORS OF JOHN MUIR HEALTH, | Time: 2:00 PM<br>Location: Courtroom 10, 19th Floor<br>Hon. Araceli Martínez-Olguín<br>Action Filed: March 15, 2024 |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 11, 2025, at 2:00 p.m., in Courtroom 10, 19th Floor of the U.S. Courthouse in San Franciso, California, before Judge Araceli Martínez-Olguín, the Court will conduct the Fairness Hearing. Plaintiff Conan Nado ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (ECF No. 47-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Paragraph 3.1 of the Parties' Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell, and exhibits attached thereto, the previously filed declarations of the Class Representative (ECF No. 48), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is attached hereto as **Exhibit 1**.

Dated this 10th day of October, 2025

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda*
*admitted pro hac vice
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

James A. Bloom
Todd M. Schneider
SCHNEIDER WALLCE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
E-Mail: jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

*Attorneys for Plaintiff and Proposed Class*

---

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Paul M. Secunda*
Paul M. Secunda