James A. Bloom
Todd M. Schneider
SCHNEIDER WALLCE COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
E-Mail: jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

Paul M. Secunda*
* admitted P*ro Hac Vice*
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

Counsel for Plaintiff and Proposed Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONAN NADO individually, and as a representative of a Class of Participants and Beneficiaries of the John Muir Health 403(b) Plan,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MUIR HEALTH, and BOARD OF DIRECTORS OF JOHN MUIR HEALTH,<br><br>Defendants. | Case No: 3:24-cv-01632-AMO<br><br>**MOTION FOR ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CASE CONTRIBUTION AWARD**<br><br>Hearing Date: December 11, 2025<br>Time: 2:00 PM<br>Location: Courtroom 10, 19th Floor<br>Hon. Araceli Martínez-Olguín<br>Action Filed:  March 15, 2024 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 11, 2025, at 2:00 p.m., in Courtroom 10, 19th Floor of the U.S. Courthouse in San Franciso, California, before Judge Araceli Martínez-Olguín, Plaintiff Conan Nado ("Plaintiff") will and hereby does move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $237,500 (25% of the $950,000 Gross Settlement Amount); (2) reimbursement of $22,968.88 in litigation costs; (3) $31,986.00 in settlement administration expenses and $15,000.00 in independent fiduciary fees; and (3) a case contribution award in the amount of $5,000 to the named Plaintiff, Mr. Nado.

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Sections 7.1 and 7.2 of the Parties' Class Action Settlement Agreement (Dkt. 47-1) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda, the previously filed declaration of the Class Representative (Dkt. 48), the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiff has conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion. As of the filing of this motion, there also have been no objections to the proposed attorneys' fees and costs, settlement administrative expenses, or case contribution award.

Dated this 10th day of October, 2025

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda*
*admitted pro hac vice
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

James A. Bloom
Todd M. Schneider
SCHNEIDER WALLCE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100

E-Mail: jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Paul M. Secunda*
Paul M. Secunda